# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marathon Multimedia, LLC, and
Audio-Digest Foundation,

                Plaintiffs,

                                      Civ. No. 02-979 (RHK/AJB)
                                      **ORDER**

v.

Richard Jackson,

                Defendant.

The above-referenced matter came on before the Court on Plaintiffs= Motion For Leave To File Motion (With Exhibits And Affidavits) Under Seal.  The Court, having reviewed Plaintiffs= Motion, now makes the following Order:

Plaintiffs= Motion is **GRANTED**.  The Clerk is directed to accept for filing under seal Plaintiffs= Motion (With Exhibits and Affidavits).

Dated: May 27, 2005                                                 s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge