UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marathon Multimedia, LLC,<br>Audio Digest Foundation, | Civil No. 02-979 (RHK/AJB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Richard Jackson, | |
| Defendant. | |

The above matter is referred to Magistrate Judge Arthur J. Boylan for an expedited settlement conference at such time and under such conditions as Judge Boylan directs.

Plaintiffs' Combined Motion to Show Cause Why Defendant Should Not be Adjudged in Civil Contempt and to Enforce Settlement Agreement is **CONTINUED** until further order of the Court and the July 6, 2005 hearing is **CANCELED**.

Date: July 5, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge